No. 92–7211.  VILLARREAL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–7215.  KLANG v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7216.  MEDRANO-VELOJA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–7219.  LINNE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7220.  MITCHELL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–7227.  REID v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–7232.  HORTON v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 92–7239.  DeNARDO v. MUNICIPALITY OF ANCHORAGE. C. A. 9th Cir.  Certiorari denied.

No. 92–7246.  BOWDEN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–7248.  HARDING v. MARYLAND.  Cir. Ct. Baltimore City, Md.  Certiorari denied.

No. 92–7253.  WILSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7257.  ELLIS ET AL. v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–7259.  RICHARDS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–7261.  RALEY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–7262.  VELEZ-ORTIZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.